# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ESTATE OF ASHLEY NICHOLE BOUHER, JENNIFER S. BOUHER AND RICHARD A. BOUHER | : No. 78 MAL 2016 |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Superior Court |
| | : |
| GIFTWARES CO., INC., CONSOLIDATED RAIL CORPORATION PENNSYLVANIA LINES, LLC., BARRY DICKMAN, GREGG DICKMAN, MITCHELL DICKMAN, GIFTWARES ASSOC., NORFOLK SOUTHERN RAILWAY COMPANY, ROYERSFORD BOROUGH AND PATRICK J. SULLIVAN | : |
| | : |
| PETITION OF: GIFTWARES CO., INC., CONSOLIDATED RAIL CORPORATION PENNSYLVANIA LINES, LLC., BARRY DICKMAN, GREGG DICKMAN, MITCHELL DICKMAN, GIFTWARES ASSOC., NORFOLK SOUTHERN RAILWAY COMPANY | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue and Justice Wecht did not participate in the consideration or decision of this matter.